Defendants:

Ibis Styles Hotel, Miss Rodriguez, Andrea Eaddy, The City of New York Department of Homeless Services, NAICA Bronx Park Ave, NYC Department of Social Services, Human Resources Administration: Department of Homeless Services, NAICA Transitional Housing Programs, Mount Sinai: Beth Israel, Sonia J. Rodriguez, Amie M. Kim, Ankita Tripathi, Jason C. Huo, Maalox, Pepcid, Omnipaque, Cassidy Dunham, New York Police Department, Dennis Wang, Subarna Roy, Laura H. Hogrefe, Sophia M. Sharp-Martin, Mount Sinai Hospital, Mount Sinai Beth Israel Emergency Department,

Defendants:
Ibruprofen, The StayWell Company LLC, Yogesh S. Gupta, Mount Sinai Beth Israel Medical Center Radiology, National Center for Victims of Crime, National Organization for Victim Assistance, Nadine Ward, Alisa Kumets, Epic Batchqusr, Jeffrey Ekweglor, Siominski Sylvain, Alexandra Aveno, Savi Program, Healthix, New York State Department of Financial Services, NYS Office of Victim Services, MSBI- Petrie Division, Peter Blunk & Comfort Inn,

③

Statements of Facts:

Robert W. Johnson was sexually and physically assaulted by Robert W. Johnson's roommate at Comfort Inn: Manhattan, NY. Robert W. Johnson was injured and Mount Sinai: Beth Israel, Sonia J. Rodriguez, Amie M. Kim, Ankita Tripathi, Jason C. Huo, Cassidy Dunham, Dennis Wang, Subarna Roy, Laura H. Hogrefe, Sophia M. Sharp-Martin, Mount Sinai Hospital, Mount Sinai Beth Israel Emergency Department, Yogesh S. Gupta, Mount Sinai Beth Israel Medical Center Radiology, Nadine Ward, Alisa Kumets, Epic Batchqusr,

(1)

(cont...)

Statements of Facts:

Jeffrey Ekwealor, Siominski Sylvain, Alexandra Avena failed to properly treat Robert W. Johnson and committed Medical Malpractice against Robert W. Johnson. Robert W. Johnson was given Maalox, Pepcid, Omnipaque and Ibruprofen and suffers from headaches, chronic pains, PTSD and anti-social behaviors from depression. Ibis Styles Hotel, NYC Department of Social Services, NAICA Transitional Housing Programs, Miss Rodriguez, Andrea Eaddy, The City of New York Department of Homeless Services, NAICA Bronx Park Ave,

(5)

(cont..)

Statement of Facts:

Comfort Inn, Human Resources Administration, Department of Homeless Services, NAICA Transitional Housing Programs, The City of New York Department of Homeless Services, Kathy Hochul and Maria L. Imperial denied Robert W. Johnson safety, housing services, Due Process Rights, insurance coverages for Robert W. Johnson injuries sustained at Comfort Inn: Manhattan, NY. New York Police Department failed to provide Robert W. Johnson police services for physical and sexual assaults done against Robert W. Johnson.

⑥

Statement of facts:

National Center for Victims of Crime, National Organization for Victims of Crime, National Organization for Victim Assistance, NYS Office of Victim Services, Savi Program, Healthix, MSBI-Petrie Division, Peter Blunk and New York State Department of Financial Services & The StayWell Company LLC denied Robert W. Johnson services for injuries and trauma Robert W. Johnson sustained.

Robert W. Johnson     01/20/2022
Robert W. Johnson

(17)