UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1468
_____

ROBERT W. JOHNSON,
                Appellant

v.

IBIS STYLES HOTEL; MISS RODRIGUEZ; ANDREA EADDY; THE CITY OF NEW YORK; DEPARTMENT OF HOMELESS SERVICES; NAICA BRONX PARK AVE; NYC DEPARTMENT OF SOCIAL SERVICES; HUMAN RESOURCES ADMINISTRATION, DEPARTMENT OF HOMELESS SERVICES; NAICA TRANSITIONAL HOUSING PROGRAMS; MOUNT SINAI; BETH ISRAEL; SONIA J. RODRIGUEZ; ANNIE M. KIM; ANKITA TRIPATHI; JASON C. HUO; MAALOX; PEPCID; OMNIPAQUE; CASSIDY DUNHAM; NEW YORK POLICE DEPARTMENT; DENNIS WANG; SUBARNA ROY; LAURA H. HOGREFE; SOPHIA M. SHARP-MARTIN; MOUNT SINAI HOSPITAL; MOUNT SINAI BETH ISRAEL EMERGENCY DEPARTMENT; IBUPROFEN; THE STAYWELL COMPANY LLC; YOGESH S. GUPTA; MOUNT SINAI BETH ISRAEL MEDICAL CENTER RADIOLOGY; NATIONAL CENTER FOR VICTIMS OF CRIME; NATIONAL ORGANIZATION FOR VICTIM ASSISTANCE; NADINE WARD; ALISA KUMETS; EPIC BATCHQUSR; JEFFREY EKWEALOR; SIOMINSKI SYLVAIN; ALEXANDRA AVENA; SAVI PROGRAM; HEALTHIX; NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES; NYS DEPARTMENT OF VICTIM SERVICES; MSBI-PETRIE DIVISION; PETER BLUNK & COMFORT INN
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2:22-cv-00588)
District Judge: Honorable Brian R. Martinotti
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 15, 2023
Before: HARDIMAN, PORTER, and FREEMAN, Circuit Judges

_____

## JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 15, 2023.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the appeal is dismissed as moot.  No costs shall be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:



s/ Patricia S. Dodszuweit
Clerk

Dated: March 15, 2023